**Order filed December 21, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00738-CV
_____

### ASHLEY ALLEN, Appellant

### V.

### GOODWILL INDUSTRIES OF HOUSTON, INC. AND ROBIN DAVIS, DISTRICT MANAGER, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1090702**

## O R D E R

Appellant's brief was due December 11, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 19, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM